UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**MANUEL LOPEZ,**
**Individually and on behalf of those similarly situated,**

      **Plaintiff,**

     v.                     Case No. 14-C-281

**KMDG LLC,**
**d/b/a The Branded Steer Wood Grill Rotisserie & Saloon, and**
**DENNIS GIANNOPOULOS,**

      **Defendants.**
_____

### SCHEDULING CONFERENCE CALL MINUTES
Hon. Rudolph T. Randa, Presiding
_____

DATE: **June 24, 2014 at 9:30 a.m.**      Clerk: S.R. Gegios

Time Called:  9:30 a.m.      Time Concluded:  9:48 a.m.

Plaintiff:    **Larry A. Johnson**   414-271-8650
Defendant:  **Stacie Rosenzweig**  414-908-0242

DISPOSITION:
    Final Pretrial Set    **08-01-2015 at 2:00 p.m.**
    Jury Trial Set      **08-17-2015 at 9:00 a.m.**   Est. **2** weeks

OTHER:
    Rule 26(a)(1) Initial Disclosures:    Completed
    Amend Pleadings and Add Parties:  Expired
    Pl.'s Lay Witness List Due:    07-11-2014
    Def.'s Lay Witness List Due:   07-11-2014
    Conditional Certification Motion under FLSA Due: 08-08-2014
    Pl.'s Rule 23 Certification Motion/Def.'s Motion to
    Decertify Under FLSA:    12-12-2014
    Pl.'s Expert Witness Reports Due:  01-02-2015
    Def.'s Expert Witness Reports Due:  02-06-2015
    Dispositive Motion Deadline:  03-06-2015
    Discovery Deadline:  03-27-2015
    Motions in Limine Due:  07-20-2015
    Responses to Motions in Limine Due:  07-27-2015
    Replies to Motions in Limine Due:  07-31-2015

Parties advised regarding the procedure for obtaining mediation before randomly assigned Magistrate Judge Patricia J. Gorence and the confidentiality attendant to that procedure. Parties do not object to entry of the Standing Order on Electronically Stored Information.