UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MANUEL LOPEZ,**
**Individually and on behalf**
**of those similarly situated,**

          Plaintiffs,

          -vs-                                    Case No. 14-C-281

**KMDG LLC,**
**d/b/a The Branded Steer Wood**
**Grill Rotisserie & Saloon,**
**and DENNIS GIANNOPOULOS,**

          Defendants.

# DECISION AND ORDER

This putative class action, brought to recover unpaid overtime wages under the Fair Labor Standards Act ("FLSA") and Wisconsin's wage and hour laws, is before the Court on an amended joint stipulation seeking approval of a settlement agreement between "Plaintiff Manuel Lopez and those individuals who have opted into this action, Jesus Flores, Homero Lopez, Antonio Aquino, Noe Guitron, Ever Lopez, Pedro Lopez, and Jose Rodriguez . . . and Defendants KMDG LLC, d/b/a The Branded Steer Wood Grill Rotisserie & Saloon and Dennis Giannopoulos." (ECF No. 24.) The amended stipulation corrects typographical errors. It is accompanied by the parties' joint response (ECF No. 23) to questions that the Court raised

after reviewing the original stipulation. (*See* the Court's August 24, 2015, Decision and Order (ECF No. 22)).

Having considered the parties' amended joint stipulation for approval of their settlement agreement, their joint response, and the applicable law, the Court approves the settlement agreement, which is the result of the parties arms-length negotiations, as fair and reasonable. The parties' stipulation requests that all scheduled dates in this matter be removed from the Court's calendar, but this case has no remaining court dates or deadlines. Therefore that request is denied as moot. Furthermore, no later than June 15, 2016, Plaintiffs' counsel must file a) a motion with the Court to dismiss this matter with prejudice, or b) a stipulated judgment for $353,873.42.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The parties' settlement agreement is **APPROVED**;

The parties' request that scheduled dates in this matter be removed from the Court's calendar is **DENIED** as moot;

**No later than June 15, 2016,** Plaintiffs' counsel must file a) a motion with the Court to dismiss this matter with prejudice, or b) a stipulated judgment for $353,873.42;

This case is closed for statistical purposes;

It will be reopened upon request from any party or the parties.

Dated at Milwaukee, Wisconsin, this 15th day of September, 2015.

                                **BY THE COURT:**

                                _/s/ Rudolph T. Randa_
                                **HON. RUDOLPH T. RANDA**
                                **U.S. District Judge**